**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-60368**
_____

**RED FOX COMPANIES OF NEW IBERIA; LOUISIANA WORKERS'**
**COMPENSATION CORPORATION,**

**Petitioners,**

**versus**

**RONALD P. FONTNETTE; DIRECTOR, OFFICE OF WORKER'S**
**COMPENSATION PROGRAMS, U.S. DEPARTMENT OF LABOR,**

**Respondents.**

_____

**On Petition for Review from the**
**Benefits Review Board**
**(99-0726)**

_____

May 14, 2001

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,[1] District

Judge.

PER CURIAM:[2]

Having considered the briefs, pertinent parts of the record,

and the arguments of counsel, and essentially for the reasons

stated by the Benefits Review Board, the petition for review is

*DENIED.*

_____

[1]District Judge of the Eastern District of Louisiana, sitting
by designation.

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should *not* be published and is *not* precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.